UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JASON KUHN, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | Case No. 3:24-cv-00170-TKW-HTC |
| vs. | |
| NATIONS DIRECT MORTGAGE, LLC, | |
| *Defendant*. _____/ | |

**JOINT MOTION TO STAY**

Plaintiff Jason Kuhn and Defendant Nations Direct Mortgage, LLC, hereby jointly request a stay of ninety (90) days to allow the parties to attend mediation, conserve judicial resources, and avoid additional litigation costs, and in support state:

The parties would like the opportunity to attend mediation, have selected the Honorable Morton Denlow (Retired) as mediator. Mediation will occur on July 2, 9, or 23. There are a number of deadlines approaching in the case, including Defendant's Opposition to Plaintiff's Motion to Remand (May 23, 2024), joint report of Rule 26(f) conference (June 5, 2024), deadline to serve discovery requests (June 6, 2024), motions to add parties and amend pleading (June 17, 2024), Plaintiff's expert disclosures (June 21, 2024), Defendant's expert disclosures (July 22, 204), the deadline for completing discovery (August 20, 2024), and Daubert and summary judgment motions (September 10, 2024).

Plaintiff's counsel and Defendant's counsel have met and conferred regarding the requested relief, and all parties have agreed to the foregoing. This motion is made in good faith and not for the

purpose of delay. Plaintiff's counsel and Defendant's counsel, therefore, respectfully request that this Court grant this joint motion as it is in the best interests of the Court and the parties.

Accordingly, to conserve judicial and party resources, Plaintiff Jason Kuhn and Defendant Nations Direct Mortgage, LLC respectfully request that this Court stay this matter for ninety (90) days to August 19, 2024.

Dated: May 21, 2024

                                                               Respectfully Submitted,

By:   **HIRALDO P.A.**

           */s/ Manuel S. Hiraldo*
           Manuel Hiraldo, Esq.
           Florida Bar No. 030380
           401 E. Las Olas Blvd., Suite 1400
           Fort Lauderdale, FL 33301
           mhiraldo@hiraldolaw.com
           Telephone: 954-400-4713
           *Counsel for Plaintiff*

By:   */s/ Michael P. De Simone*
           Michael P. De Simone
           Florida State Bar No. 119739
           P.O. Box 3571
           West Palm Beach, FL 33402
           Michael@DeSimone.Law
           Telephone: (914) 419-7908