# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JASON KUHN**, individually and on behalf of all others similarly situated,

    **Plaintiff**,

v.                                Case No. 3:24cv170-TKW-HTC

**NATIONS DIRECT MORTGAGE, LLC**,

    **Defendant**.

_____/

## ORDER STAYING CASE

Upon due consideration of the parties' joint motion to stay (Doc. 11), it is **ORDERED** that the motion is **GRANTED**, and

1. This case is **STAYED** pending completion of mediation, and all deadlines in this case (including the deadline for Defendant's response to Plaintiff's motion to remand) are tolled pending further order.

2. The parties shall file a status report on or before August 19, 2024, indicating whether the stay should remain in place or be lifted. If the parties report that the stay should be lifted, they shall propose new case management deadlines.

**DONE and ORDERED** this 22nd day of May, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**