UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JASON KUHN**, individually and on behalf of all others similarly situated,

    **Plaintiff**,

v.                                    Case No. 3:24cv170-TKW-HTC

**NATIONS DIRECT MORTGAGE, LLC**,

    **Defendant**.

_____/

## ORDER REMANDING CASE TO STATE COURT

Based on the parties' joint stipulation for remand (Doc. 14), it is **ORDERED** that:

    1.    This case is remanded to the Circuit Court for the First Judicial Circuit in and for Walton County, Florida.

    2.    The Clerk shall terminate all pending motions and close the case file.

**DONE and ORDERED** this 19th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**